**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
Case No.: 19-cv-62533-CMA

B2 VENTURES, LLC

    Plaintiff,

v.

PRACTICE CATAPULT, LLC

    Defendant.

_____/

**ANSWER TO COUNTERCLAIM**

Plaintiff/Counter-Defendant, B2 Ventures, LLC ("B2"), by its undersigned counsel, respectfully responds to the allegations set forth in the Counterclaim filed by Defendant/Counter-Plaintiff, Practice Catapult, LLC ("Practice Catapult"), and in support thereof, states:

**I.    RESPONSES TO SPECIFIC AVERMENTS**

**Parties**

1.    B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the Complaint, and therefore denies the same.

2.    Admitted.

**Jurisdiction and Venue**

3.    Paragraph 3 contains legal conclusions to which no response is required. To the extent a response is required, such legal conclusions are denied.

4.    Paragraph 4 contains legal conclusions to which no response is required. To the extent a response is required, such legal conclusions are denied.

5. Paragraph 5 contains legal conclusions to which no response is required. To the extent a response is required, such legal conclusions are denied.

## Facts

6. B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Complaint, and therefore denies the same.

7. B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Complaint, and therefore denies the same.

8. B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Complaint, and therefore denies the same.

9. B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of the Complaint, and therefore denies the same.

10. B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of the Complaint, and therefore denies the same.

11. B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 of the Complaint, and therefore denies the same.

12. B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 of the Complaint, and therefore denies the same.

13. Denied.

14. Denied.

15. Admitted.

16. Admitted.

17. Denied.

18. Admitted.

19. B2 admits that Practice Catapult's counsel sent its counsel a letter dated April 3, 2018. The language of that letter speak for itself. B2 denies the accuracy or validity of the allegations made in that letter regarding Practice Catapult's purported senior rights to any trademark or that B2's use of the ORTHOCALC trademark is improper.

20. Admitted.

21. Admitted.

22. Admitted.

23. B2 admits that on April 10, 2018 Practice Catapult's counsel emailed a flyer to its counsel purportedly featuring Practice Catapult's use of the ORTHOCALCULATOR trademark including a copyright notice reciting 2016. B2 denies the validity, authenticity, or accuracy of that flyer or that this flyer provides Practice Catapult with any trademark rights relating to the ORTHOCALCULATOR mark in 2016 or otherwise.

24. B2 admits that Practice Catapult's counsel sent an April 10, 2018 email to its counsel. The language of that email speaks for itself. B2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in that email, and therefore, denies the same.

25. Admitted.

26. Admitted.

27. Denied.

28. Denied.

29. Admitted.

30. B2 admits that Trademark Application Serial No. 87/559,017 issued on October 2, 2018. B2 denies the propriety of the issuance of that trademark registration.

31. Admitted.

32. Admitted.

33. B2 admits that its counsel emailed Practice Catapult's counsel on or about September 10, 2019. The contents of that email speaks for itself.

34. Admitted.

35. Admitted.

36. Admitted.

37. Denied.

38. Denied.

39. Admitted.

40. B2 admits that its use of ORTHOCALC and orthocalc.com is likely to create a significant likelihood of consumer confusion between the products and services offered by it and those offered by Practice Catapult. B2, as discussed in its Complaint [Dx. 1], asserts that it has senior rights to the ORTHOCALC trademark, and thus, it is Practice Catapult's use of the ORTHOCALCULATOR mark is creating that significant likelihood of confusion.

## First Counterclaim
### (Trademark Infringement, 15 U.S.C. §1125)

41. B2 repeats and realleges the responses to Paragraphs 1 through 40 above as if fully set forth herein.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

### Second Counterclaim
### (Common Law Trademark Infringement)

51. B2 repeats and realleges the responses to Paragraphs 1 through 40 above as if fully set forth herein.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

### Third Counterclaim
### (Unfair Competition, 15 U.S.C. §1125)

63. B2 repeats and realleges the responses to Paragraphs 1 through 40 above as if fully set forth herein.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

### Fourth Counterclaim
### (Florida's Deceptive and Unfair Trade Practices Act, §§501.201 *et. seq.*)

69. B2 repeats and realleges the responses to Paragraphs 1 through 40 above as if fully set forth herein.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

### Fifth Counterclaim
### (Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. §1125(d))

76. B2 repeats and realleges the responses to Paragraphs 1 through 40 above as if fully set forth herein.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

## Prayer for Relief

B2 denies that Practice Catapult is entitled to any of the relief it seeks in its Counterclaim or otherwise.

## II. AFFIRMATIVE AND OTHER DEFENSES

1. Practice Catapult is not entitled to any relief as it has failed to state a claim upon which relief can be granted.

2. B2 has not infringed upon any enforceable trademark rights held by Practice Catapult.

3. Practice Catapult is not entitled to relief as its claims are barred by the doctrine of unclean hands.

4. Practice Catapult is not entitled to relief as its claims are barred by the doctrines of laches and/or estoppel.

5. Practice Catapult's is not entitled to relief as any rights it has in the ORTHOCALCULATOR mark are junior to B2's rights in the ORTHOCALC trademark.

WHEREFORE, B2 respectfully requests that judgment be entered in its favor on all claims raised by Practice Catapult in its Counterclaim.

Dated this 22nd day of November 2019.

        Respectfully Submitted,

        */s/* Samuel Coffey
        Samuel Coffey, Esq.
        Florida Bar No: 71838
        Coffey Trial Law
        500 NE 4th Street
        Suite 100
        Fort Lauderdale, FL 33301
        Tel: (954) 541-3194
        Fax: (954) 780-8668
        Email: pleadings@ct-law.com

        */s/* Steven Tiller
        Steven Tiller, Esq.
        Whiteford Taylor & Preston
        Seven Saint Paul Street, Suite 1500
        Baltimore, Maryland 21202
        Tel: (410) 347-9425
        Email: stiller@wtplaw.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on November 22, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document will be served this day on all counsel of record as delineated below.

David J. George, Esq.
George Gesten McDonald PLLC
9897 Lake Worth Road
Suite 302
Lake Worth, Florida 33467
Telephone: (561) 232-6002
Fax: (888) 421-4173
Email: dgeorge@4-justice.com

Anderson Duff
Revision Legal
244 5th Avenue, Suite 2230
New York, NY 10001

Telephone: (212) 996-4103
Email: anderson@revisionlegal.com
*Counsel for Defendant*