UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-62533-CIV-SINGHAL/McAliley

B2 VENTURES, LLC,

    Plaintiff,

v.

PRACTICE CATAPULT, LLC,

    Defendant.

_____/

## ORDER EXTENDING PRE-TRIAL SCHEDULE

**THIS CAUSE** is before the Court on the Plaintiff's Unopposed Motion for Extension of Time to Select a Mediator, Date, Time, and Place for Mediation (DE [22]).  Having considered the motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Extension of Time to Select a Mediator, Date, Time, and Place for Mediation (DE [22]) is **GRANTED**.

2. The parties shall adhere to the following schedule:

**03/27/2020**     The parties shall select a mediator pursuant to Local Rule 16.2, shall **schedule a time, date, and place for mediation**, and shall jointly **file a notice, and proposed order scheduling mediation** via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov.  If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis.  Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2.  Within **three (3) days** of mediation, the parties are required to file a mediation report with the Court.  Pursuant to the procedures outlined in the

CM/ECF Administrative Procedures, **the proposed order is also to be emailed to** singhal@flsd.uscourts.gov. **in Word format.**

3. All other deadlines in Trial Order (DE [19]) remain unchanged.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of March 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF